JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTUNEZ CALDERON, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>FANATICS RETAIL GROUP CONCESSIONS, LLC and DOES 1 through 25, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-08991 MWF (KSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF ACTION** |

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action as to each party and each cause of action. Each party shall bear its own costs and attorneys' fees.

The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28